Submitted December 3, 2021, reversed January 5, 2022

In the Matter of S. U.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

S. U.,
*Appellant.*

Klamath County Circuit Court
21CC03336; A176433

501 P3d 102

Cameron F. Wogan, Senior Judge.

Alexander C. Cambier and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Aoyagi, Judge, and Armstrong, Senior Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant appeals a judgment committing him to the Oregon Health Authority for a period not to exceed 180 days, as well as an order prohibiting him from purchasing or possessing firearms. He argues that the court failed to comply with the citation requirements of ORS 426.080 and ORS 426.090 and this constitutes plain error that entitles him to reversal. The state concedes that this is plain error and that appellant is entitled to reversal. We agree and accept that concession. ORS 426.090 requires a court to issue to an allegedly mentally ill person a citation that informs the person of the person's legal rights, and also requires that "[t]he citation shall be served upon the person by delivering a duly certified copy of the original thereof to the person in person prior to the hearing." ORS 426.080 provides that the person serving such a citation "shall, immediately after service thereof, make a return upon the original warrant or citation showing the time, place and manner of such service and file it with the clerk of the court." No such citation or certificate of service is in the record in this case. We exercise discretion to correct that error for the reasons stated in *State v. J. R. W.*, 307 Or App 372, 475 P3d 138 (2020), and *State v. R. E. J.*, 306 Or App 647, 474 P3d 461 (2020).

Reversed.